IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS E. BEVILACQUA; HILDA I. PEREZ ROSADO; LANGHE CORPORATION d/b/a Restaurante Bartolo<br><br>Plaintiffs<br><br>vs<br><br>DORAL BANK; HF MORTGAGE; CORREA, COLLAZO, HERRERO, JIMENEZ & FORTUÑO LAW FIRM; TERESA TRUJILLO ORTIZ, ESQ.; A,B,C INSURANCE COMPANIES; JOHN DOE; JANE DOE; MORA DEVELOPMENT CORPORATION<br><br>Defendants | CIVIL 18-1178CCC |

**ADMINISTRATIVE ORDER**

This case was removed on March 29, 2018 from the Commonwealth Court of First Instance, San Juan Part. The Court issued today an Opinion and Order ruling on the only pending matter, to wit: the Motion to Alter Judgment filed by defendant Federal Deposit Insurance Corporation as Receiver for Doral Bank (FDIC-R) (d.e. 12). It determined that the First, Second and Third Amended Judgments issued by the Court of First Instance of the Commonwealth of Puerto Rico, San Juan Part, on September 9, 2016, June 28, 2017 and March 1, 2018, be vacated. It left in effect only the Original Judgment issued by the Commonwealth Court on July 10, 2014 based on specific grounds raised by FDIC-R. Given the procedural status of this action,

CIVIL 18-1178CCC          2

and considering that there are no remaining judicial matters to be resolved, the same is ORDERED CLOSED for statistical purposes.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 29, 2019.

S/CARMEN CONSUELO CEREZO<br>United States District Judge